# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| YOUSHITA C. ALIZADEH | § § | |
| v. | § § | CIVIL ACTION NO. 3:25-CV-2316-S-BN |
| U.S. DEPT. OF HOMELAND SECURITY, et al. | § § § | |

## ORDER

On August 27, 2025, Petitioner Youshita C. Alizadeh filed the Emergency Petition for Writ of Habeas Corpus ("Petition") [ECF No. 1] and Petitioner's Emergency Moton for Temporary Restraining Order and/or Preliminary Injunction ("Emergency Motion") [ECF No. 2]. Petitioner alleges generally that his continued detention is unlawful and requests, among other things, that the Court forbid Respondents U.S. Department of Homeland Security, Kristi Noem, Todd Lyons, Josh Johnson, and Thomas Bergami from continuing to detain Petitioner and forbid Respondents from removing Plaintiff from this Court's jurisdiction or to any third country (i.e., any country that is not Iran) without notice.

Accordingly, it is **ORDERED** that Respondents, or any officer, agent, servant, employee, attorney, or representative acting on behalf of Respondents, **shall not** take any further action or steps to deport or remove Petitioner from the United States to another country, territory, or foreign territory, to remove Petitioner from the Northern District of Texas, or to circumvent the provisions of this Order until the Court rules on the pending Emergency Motion and the underlying Petition.

Counsel for Petitioner is **DIRECTED** to notify the United States Attorney for the Northern District of Texas of his lawsuit and of this Order. Further, Petitioner shall file a notice on the docket of this case explaining how he complied with providing notice.

**SO ORDERED.**

SIGNED August 28, 2025.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE