# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

YOUSHITA C. ALIZADEH

v.

U.S. DEPT. OF HOMELAND
SECURITY, et al.

§
§
§
§
§
§
§

CIVIL ACTION NO. 3:25-CV-2316-S-BN

## ORDER

This Order addresses Petitioner Youshita Alizadeh's Unopposed Motion to Dismiss without Prejudice ("Motion") [ECF No. 17]. Upon review and consideration of the Motion, the Court **GRANTS** the Motion. This action is hereby **DISMISSED WITHOUT PREJUDICE**. Each party will bear its own attorney's fees and costs. All relief not expressly granted is **DENIED**.

**SO ORDERED.**

SIGNED May 29, 2026.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**